IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JEFFREY CUTLER | : | CIVIL ACTION |
|---|---|---|
| | : | NO. 17-984 |
| v. | : | |
| | : | |
| AMBER GREEN, et al. | : | |

## ORDER

AND NOW, this 10th day of July, 2017, it is ORDERED that, consistent with the accompanying memorandum of law:

1. the following motions by plaintiff Jeffrey Cutler are DENIED: (1) motion to combine cases (2:17-cv-00984) and summary judgment, Dkt. No. 21; (2) motion to combine cases (1:17-cv-02726) and summary judgment, Dkt. No. 32; (3) motion to combine cases (0:16-cv-61511) and summary judgment, Dkt. No. 35; and (4) motion to combine cases (1:17-cv-01074) and default judgment, Dkt. No. 37;

2. defendant Ralph Hutchinson's motion to dismiss, Dkt. No. 14, is GRANTED;

3. defendant Honorable Margaret Miller's motion to dismiss, Dkt. No. 19, is GRANTED;

4. the motion to dismiss by defendants Amber Green and Christina Hausner, Dkt. No. 34, is GRANTED;

5. plaintiff's claims are DISMISSED in their entirety; and

6. the Clerk of Court is directed to mark this matter CLOSED.

                                                *s/Thomas N. O'Neill, Jr.*
                                       THOMAS N. O'NEILL, JR., J.